UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.A. individually, et al.,

                              Plaintiffs,

    -v-                                           CIVIL ACTION NO. 24 Civ. 3810 (JHR) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,           **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

       This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 6). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

       It is ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **December 6, 2024**. No later than **December 13, 2024**, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

       To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

Dated: New York, New York
November 22, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2