UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.A. individually, <u>et</u> <u>al.,</u>

                    Plaintiffs,

     -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

CIVIL ACTION NO. 24 Civ. 3810 (JHR) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were directed to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, on or before December 13, 2024.  (ECF No. 16).  They have not.

As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> extends the deadline for the parties to comply up to and including **December 18, 2024**.

Dated:     New York, New York
            December 16, 2024

                    SO ORDERED.

                    **SARAH L. CAVE**
                    **United States Magistrate Judge**