UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.A. individually, et al.,

                Plaintiffs,

-v-                              CIVIL ACTION NO. 24 Civ. 3810 (JHR) (SLC)

NEW YORK CITY DEPARTMENT OF EDUCATION,    **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court received the parties proposed case management plan. (ECF No. 18-1). After review of the parties' status letter (ECF No. 18), the Court will delay entering the case management plan.

On or before **January 20, 2025**, the parties shall file a joint letter setting forth the status of their settlement discussions. The parties' request to set a summary judgment briefing schedule (ECF No. 18) is **DENIED without prejudice**.

Dated:      New York, New York
              December 16, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**